E-FILED
Monday, 12 June, 2017 04:03:21 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

JUN 1 2 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Stone ,

Plaintiff

vs.

Justin Hammers, et al
Shane R. Donelson
Counselor Wise
Doe Defendants 1-3

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 17-1267
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Stowe

Prison Identification Number: R-18027

Current address: Illinois River C.C. P.O. Box 999
Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Justin Hammers, et al

Current Job Title: Warden

Current Work Address Illinois River C.C. P.O. Box 999
Canton, IL 61520

Defendant #2:

Full Name: Shane R. Donelson

Current Job Title: Internal Affairs (IA)

Current Work Address Illinois River C.C. P.O. Box 999
Canton, IL 61520

Defendant #3:

Full Name: Counselor Wise

Current Job Title: Unknown

Current Work Address _Illinois River P.O. Box 999_
_____Canton, IL 61520_____

Defendant #4:

    Full Name: _"Doe Defendants" or "John Doe" 1-3_

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

    *The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☑    No ☐

If yes, please describe _I used the facts of one situation to show the_
_link of events which resulted from retaliation_

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   1:17-CV-01117-SEM-TSH, Stone v. Hammers et al.

2. Basic claim made Violation of 1st Amend. 14th Amend, right to due process.

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) Still pending

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ✔   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ✔   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ✔   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Illinois River C. C.

4

Date(s) of the occurrence 12/12/15, 2/20/15, 2/25/15, 7/20/15, 8/17/15, 8/14/15, 6/4/15

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

## (1) Retaliation

I came to Illinois River C.C. (IRCC) on the said date of 12/10/14 and when I was called to get my property on the 12th of that same month I was told that my big box was sent to another institution and I had to wait until the following week for it to catch up. Also during my transfer here my typewriter was also broken. I wrote a grievance about that too, requesting in relief to be reimburse or to be given another typewriter.

My property box made it to IRCC on the 18th of the same month and I was called the following day 19th. When I opened my box the first thing I noticed was that my brand new pair of AirForce ones shoes along with other little things was missing. I told the personal property officer and he told me to write a grievance. I wrote a grievance that day. I attached the yellow inventory slips that showed that my gym shoes was in my box. when I left Hill C.C. and the other slip showed that my shoes was missing when my box returned on "catch up".

The grievance officer sent me a memo (See Ex. "A") along with my grievance on 12/26/14 stating, "The attached is being returned for the reason(s) listed below:" "other: attach the original issuance you received prior to "catch up". I attached the original ones I received to the grievance and turned it back in that same day. When I was moved to 1-house I talked to counselor Wise about my grievance and he

told me there is nothing in the computer about it and write another one—turn it in to him and he would check into it, which I did. With this grievance I attached a copy of my receipt when I purchased the pair of shoes.

C/O Munson came to my cell and asked to see my gym shoes, I showed him the pair of gym shoes that I came down here with on my feet which was a different brand, I also showed him my boots which was in my box along with the AFIs. I received a memo back from the counselor stating C/O Munson searched my cell and found the shoes (See Ex: "B"). I filed another grievance(s) and sent it to the grievance officer and placed it back into the mail. The relief I asked for was not only to be reimburse for my shoes, but also for my paper work to be sent back to me, along with the first grievances so I may file in further proceedings.

On 1/5/15 the grievance officer sent me a memo (See Ex: "B"), he did not send me none of my paper work back. The memo stated "C/O Munson searched inmates cell and found the 1 pair of gym shoes that still C.C. listed on property sheets". I filed a fourth grievance on that same day explaining that the shoes that I showed C/O Munson are not "AFI's" but are "Flights", the shoes I came down here with on my feet and that the language that C/O Munson used as "found" as if I was lying or trying to hide the "AFI's". I asked in the relief that somebody else investigate this matter because it appeared that I was not going to get a just process, for my paper work to be returned to me again and that I be reimburse for my shoes.

IA (Internal Affairs) showed up at the Barber shop where I worked to identify the shoes that I had on. The barber instructor was questioned about me and they left afterwords. I was called to Operation (IA) and I showed them my paper work and my

receipt for my "AFI's". They took my receipt and made a copy of it. I told the IA <sup>S</sup>/os I was called from the barber shop to come over and could I bring the gym shoes that C/o Monson said he found so I could verify that they are not "AFI's" and the female C/o said, "I wouldn't worry about that because your paper work shows your shoes was in your box when you left Hill and that they was gone when it got here." I didn't get any response back from IA nor did I get my grievances back.

I explained the situation to my family members and asked them to call up there and explain the situation to the Warden, which they did and on 2/20/15 C/o Grove and C/o Bucci came to my cell and took my "Flights" and left. He (Bucci) returned them later with a threat that I was going to get what I got coming one day for lying.

That same day I got a memo from the Assistant Warden of Operations Justin Hammers. The memo stated my family called and that, "on February 20, 2015 the cell was searched again and the "AFI's" were again found" and "this matter is concluded". (See Ex: "C") None of my paper work was returned. I was called a lier, I was threatened and told I was trying to be slick. On 2/21/15 I showed C/o Grove my shoes, the same shoes that they took, along with some "AFI's" that another inmate was wearing on his feet and he seen the big difference. He let me know to talk to him monday and he would call somebody for me. I also put in a request to be interview by the Ass. Warden of Operation Justin Hammers on 2/20/15 to question him about this issue. I got it back on 2/23/15 stating "Grievance will review this issue (see Ex: "D") It didn't have his print staff name or staff signature on it.

7

Monday came and I seen the counselor Heffren, C/o Bucci and C/o. Grove was there to verify that the shoes that I had on my feet "Flights" were the shoes they took out my cell so I asked the other inmate who had the "AFI's" to show the counselor as I showed him the Flights, so now it is understood by the counselor, C/o Grove and C/o Bucci that the shoes on my feet are not "AFI's".

When the truth was evident the counselor flipped the issue from my "AFI's" to the shoes on my feet by stating the shoes they marked down was the shoes I had on my person, completely ignoring all evidence of paper work (inventory box sheet) and making the mistaken conclusion that they inventory the clothes and shoes you have on your person, which they do not do.

I received a counseling summary on 2/24/15 and counselor Heffren stated, "Advised I/M that his GRV has been investigated and processed, Hill C.C. showed I/M possessed only 1 pair of gym shoes not 2 pair, when staff searched I/M's cell, 1 pair of shoes was found. I/M claims that he brought 2 pair of gym shoes, AFI and Flights but only has proof of the the AFI shoes that are claimed to be missing. The Flights were found and show that he only processed 1 pair of shoes, which is only on property paper work... 1 pair... moot issue." (See Ex. "D")

The next day IA came to my cell and tore my room up and threw mine and my cellmates property all over the place. (See Ex. "H"). I called my family members (mother and cousin) and let them know what was happening to me down here and to call Springfeild (See Ex. "I" and "J"). and let them know about the unjust grievance process, the nepotism and blatant disregard to the rules and regulations. I also did my part by writing Springfield myself with the issue and they sent it

right back to me unaswered because i did not have a grievance with a response from the administration of IRCC on it (See Ex: "E" 1 of 6"). This is a practice and a process they understand so they use these methods to not return your paper work.

The phone call to Springfield from family members resulted in IRCC staff to stop ignoring the evidence and on 3/5/15 I was sent a memo by the Warden Greg Gossett that stated " Mr. Stone we have checked on the status of your missing shoes. As of now, they are considered "lost in transit" as you are no longer in possession of them. You will need to grieve the issue and the grievance will set the amount the shoes are worth."(See Ex: "R"). This was the 7th grievance I wrote on the issue.

On 3-17-15 I finally got a response back to a grievance with the Warden's statement, " offender did purchase a pair of air foret ones from Hill C.C., property receipt from Hill shows they were packed. When offenders property arrived here at IRCC, the shoe weren't in his property. Reimbursement of $86.49 minus deterioration (See Ex: "L"). I was reimbursed with $43.25 on 5/13/15.

After I won that grievance process all the defendants were in cahoots in the retaliation against me. Afterwords the following events occured.

I used the reimbursement money and sent it to a company called Extended Hands Gift Shop Inc (EHs) that same month and it was sent out on and approved on 6/9/15 (See Ex: "M") About 2½ weeks later I (sent a) was sent a form from EXHs to fill out for my face book page, which I did and placed along with it a few poems and a picture of my

mother, which I sent off soon after.

The grievance that I wrote about my typewriter, they lied by stating it was broken before I left Hill C.C, so I sent it to Springfield. On 7/20/15 my typewriter was confiscated. The Administrative Review board agreed that IRCC appropriately addressed this issue (See Ex: "N")

On 8/7/15 IA stormed into the barber shop. A man in plain clothes came right through the door pointed his finger at me and said, "you, turn around with your hands up". He searched me then searched my area. He took a letter from me that I wrote to a publishing company. After they get finish shaking down, the man in the plain clothes went to talk to the instructor Mr. Stacknick and as he was about to leave he looked at me and said, "I hope they fire your ass stone". I responded, "Huh?" And he said it again with a mug on his face, "I hope they fire you!" (See Ex: "O"). Then he walked out the door along with the other IA's. I never met the man or seen him, but I was told that he came from Springfield. I was called to operations later where I was questioned by IA Donelson about my letter. He accuse me of gang activity and when I refused to agree with him about the letter being an STG, I was told I was fired from the shop. I asked him could I get a shake down slip and I was denied and told to leave and don't stop by the barber shop. I told him I left my property in there and he said to pick it up and leave right back out. When I made it to the barbershop IA Donelson already called the instructor and told him the news, he (Donelson) told the instructor Mr. Stacknick don't think about giving me

my job back or employing me in the shop again.

I wrote a grievance that same day asking for a copy of the letter and the shake down slip I was suppose to be given and placed it in the grievance box. I was given a ticket on 8/8/2015. On 8/14/2015 I was called to the adjustment committee to hear the ticket (See Ex: "6F"). I was told to give a statement and I stated, "My letter didn't have nothing to do with no STG or gang." I explained to them what ellipsis points are and how they tried to manipulate my letter. I stated I only wrote in the letter for manuscripts guide lines. when asked about the book and the letter I stated, "It didn't say anything about me having a book or trying to get a book published, let alone try to get a book deal." Lt. Bottrell stated, "So you didn't have no five point stars or nothing in there?" I stated, "No, you have the letter you can read it for your-self." They thought I had a gang kite. Lt Bottrell looked at Levorne Clemons and asked him did he have the letter and he said, "No, you don't have it?" He looked through the papers and said, "No, I don't have it." They told me I could leave and I will hear something back from them in the mail. I made it back to the cell house and went to yard and I was called back to Operations (IA) twenty minutes later. When I walked in the %o ask me was I Stone. I said yes and he told me I'm going to segregation. I have Filed a law suit on this claim alone, See **Case Number 1:17-cv-01117-SEM-TSH, Stone v. Hammers et al.** which shows I went through the same results with the grievance process here when I asked for a copy of the letter and the shake down slip for my letter.

The defendants were able to justify their **retaliation** by labelling me a validated gang member. The content of the

letter shows and proves how ridiculous their claims were and how they tried to connect my letter to a gang kite to place me in segregation, which is why the letter was not present at my hearing and all my grievances and letters to IA and the new warden Mr. Justin Hammers were ignored.

During this whole ordeal I never got a response back from Extended Hands Gift Shop (EHs) like other inmates after sending in the contract paper to fill out.

On 9/15/15 while in segregation I received a letter from EXtended Hands (EHs) stating they can't gain access to my page and that they will be sending my money back (See Ex: "P").

While out of segregation, on 11/18/15 I seen a fellow inmate by the name of Hassan Butler with Extended Hands internet papers in his hands and inquired about them. He let me know that he was in business with EHs before TRCC just recently stopped him from doing business with them. I informed him that I also tried to get a face book page through EHs and how I sent them my money but never got a response from them after I signed the contract and ask to get the weekly check up. I let him know they sent me a letter in September saying they will send my money back in 3-6 weeks due to the fact they can't gain access to my profile for some reason but I still did not get my money. He informed me about a meeting that IA Donelson had with him and fourteen other inmates on November 4th, 2015 pertaining to EHs. IA Donelson told them that they will no longer be able to do business with EHs (See Ex: "Q"). Mr. Butler informed me how all the subscribers incoming mail from the vendor stopped for a whole month where as before they got mail from the vendor once-to-twice per week, per contract. He also informed me that his outgoing mail was not allowed to leave

- either, which was addressed which explained why I never heard from EHs when asking about my money when it didn't come after the 3-6 weeks. Mr. Butler gave me the grievance he wrote on the issue (See Ex: "R"). He also gave me the paper that EHs sent him which stated that due to the actions of IRCC your money will be sent back to you (See Ex: "S").

This meeting that happened on 11/4/15 I was never afforded the opportunity to attend that meeting nor was I ever called to IA to be informed about it. From June to September of 2015 EHs were still doing business with inmates here at IRCC (See Ex: "T", "U", "V") but I did not receive none of my face book responses or check ups. I was stopped before ~~was~~ IA called the meetings, from communicating with EHs. It started with me before any other inmate. (See Ex: "Q", "JJ", "U")

Again, I filed a grievance on the issue (See Ex "W") and received no response. I wrote Justin Hammers who is now the warden and received no response. I wrote IA and the counselor about it and I did not hear from anybody. This was on 11/18/15. This is a practice or a culture down here at IRCC to not respond or send back grievances (See Ex's: "E", "X", "Y", "I", "J").

IA Donaldson gave the inmates that he called until 11/19/15 to file a final post to EHs to cancel contacts, settle affairs and ask for refunds and passwords (See Ex: "Z") ("JJ"). Counselor Wise knew about all this (See Ex: "Z"), which is a affidavit he signed for another inmate, but when I asked him about it wrote him about it and was seeking for him to help me get a response from

13

IA be ignored me and avoided me and never put me
on the counselors list when I put in request slips. When I filed
my first suit 1:17-cv-0111-SEM-TSH, Stone v. Hemmers et al.
which he was one of the defendants He stop being two house
counselor Counselor Wise was in cahoots with IA against me. Ex "Z"

I wrote another grievance on 1/13/16 about all the events
that have been happening to me since I been here which is
explained in this lawsuit and asked in the relief saction to be
free from further retaliation and a response to be given (See Ex: "AA").
I have not heard anything back.

I was called to property on 11/27/15 to either send my
typewriter home or destroy it (See Ex: "BB").

To try and get some outside help for the harassment,
discrimination, and retaliation I been getting here at IRCC I wrote
Lisa Madigan, the Human Rights Defense Center, state Representatives
and other organizations and some responded back (See Ex: "CC", "DD",
"EE") enclosed the letter I wrote them (See Ex: "EE"). Also sought
legal help in this matter (See Ex: "FF", "GG", "HH")

In the mean time I have been searching for other inmates
who were also on Elts face book and I came across two others.
One was Jonathan Stone who Elts wrote and stated due to
the decisions of Illinois River your money will be refund and
he recieved his money two weeks later (See Ex: "II").

The other inmate was Kenneth D. Hunter, who stated that
on 2/16 IA told him and 4 others that this institution was
no longer allowing them to do business with Elts. He placed
his (Mr. Hunter) mail in the box and IA gave him his

14

, write out back, which means all mail sent to Elts was directed to IA. They gave him the write out back minus the letter with his postings. IA told them to write Elts to close out his account and to shut his Facebook page down. IA also told him that if they have any problems with getting their money back to let them (IA) know and they (IA) will see to it that they get their money. Mr. Hunter recieved his money back (See Ex: "JJ"). Also which shows that it was just $1.77 (Ex: "U" 1-2).

I did not get any of that, I was left in the dark. I wrote the business office and asked them could they investigate the matter and got a response from them (See: Ex "KK").

I had somebody to investigate this matter and when she could not find anything on Extended Hands on the internet she called up here to Illinois River C.C. and was transferred to the Business office. When she asked the lady in the office about an address or phone number to them the lady started to question her. The lady told her that do they do not allow inmates here to write them because they are out of business. The business office told her they would contact me and my counselor but I have not heard from anybody, that was 5/9/17 (See Ex: "LL") But this same business office wrote me back on 4/17/17 telling me to write Elts again (See Ex: "KK").

On 5/1/17 Lisa Madigan informed me that my consumer complaint has been forwarded to the above named business (Extended Hands Gift Shop) for its review and response (See Ex: "CC").

I still have not recieved any response from the grievances or the letters I wrote to IA and the warden, which is IA Donelson and Warden Justin Hammers.

15

I am still being punished for what I did, by not allowing myself to give up during the grievance process of being reimburse for my property when they did everything in their power to discourage me and intimidate me to do so. As this is the practice or actions they take to break you in if you choose or have the thought to stand up for whats right with respect to your rights (See Ex: "MM"), which shows the history of them tampering with other inmates mail and total disregard to the rules and regulations.

**RELIEF REQUESTED**

(State what relief you want from the court.)

As a result of the suffering I endured and still enduring

16

since I been here at IRCC (physically and mentally) and the
lost I experience, I ask the court to hold them all
accountable for my suffering requesting compensatory
and punitive damages in the amount of $500,000.00
for "deliberate indifference." Also to be protected from
further retaliation for filing said lawsuit or any other
remedy the court sees just. I also ask the court to grant me
The chance to show what I been          Thank you!
          doing with my time.

JURY DEMAND      Yes ☑   No ☐

Signed this _____8_____ day of _____June_____ , 20 _17_ .

                                    _Michael Stone_
                                    ( Signature of Plaintiff)

| Name of Plaintiff:<br><br>Michael Stone | Inmate Identification Number:<br><br>R-18027 |
|---|---|
| Address:  Illinois River C.C.<br>P.O. Box 999<br>Canton, IL 61520 | Telephone Number: |

17

Exhibits

Exhibit "A"

5B 71

# M E M O R A N D U M

GRIEVANCE #14- xxx

DATE:      12/26/14

TO:        Stone                          #R18027

FROM:      IRCC GRIEVANCE OFFICER

SUBJECT:   PP/shoes

Date Received: _____ 12/26/14

The attached is being returned for the reason(s) listed below:

_____Contact your correctional counselor.

_____Use proper Committed Person's Grievance Report Form (DOC 0046).

_____Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

_____Forward grievance direct to the Administrative Review Board (involves transfer denial by the TCO, protective custody, enforced medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

_____Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

_____Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____Illegible copy submitted – submit legible copy for consideration.

_____Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____Issue has been previously addressed on _____ by grievance # _____.  No justification for further consideration.

_____Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

_____SSC/MGT/SMGT is an administrative issue determined by the Warden and/or Director:  Further consideration is not warranted.

Other: _____  attach the original property issueance you received prior to "catch up".

cc:  Master File
     Grievance Officer File
     Form #36643

# M E M O R A N D U M

GRIEVANCE #15- 0001

DATE:        1/26/15

TO:          STONE, MICHAEL        IRI-01-C -14              #R18027

FROM:        IRCC GRIEVANCE OFFICER

SUBJECT:     Personal Property / shoes

Date Received: _____1/5/15_____

The attached is being returned for the reason(s) listed below:

_____Contact your correctional counselor.

_____Use proper Committed Person's Grievance Report Form (DOC 0046).

_____Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

_____Forward grievance direct to the Administrative Review Board (involves transfer denial by the TCO, protective custody, enforced medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

_____Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

_____Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____Illegible copy submitted -- submit legible copy for consideration.

_____Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____Issue has been previously addressed on _____ by grievance # _____.  No justification for further consideration.

_____Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

_____MGT/SMGT is an administrative issue determined by the Warden and/or Director:  Further consideration is not warranted.

Other: _____ CO Munson searched inmate's cell and found the 1 pair of gym shoes that Hill CC listed on property sheets. ._____

cc: Master File
    Grievance Officer File
    Form #36643

Exhibit (cont.)

# Illinois
### Department of
# Corrections

**Bruce Rauner**
Governor

**S. A. Godinez**
Acting Director

Illinois River Correctional Center / P.O. Box 999 / 1300 W. Locust / Canton, IL 61520 / Telephone: (309) 647-7030
FAX: (309) 647-4246 / TDD: (800) 526-0844

## M E M O R A N D U M

**Date:**       February 20, 2015

**To:**         Offender Michael Stone, R18027, R4-C-30

**From:**       Justin Hammers
                Assistant Warden of Operations

**Subject:**    Offender Request

A telephone call was received from a family member regarding tennis shoes. A review of this matter has been conducted. The following information is provided:

1. On 12/10/14, you were transferred to IRCC.
2. On 12/10/14 and 12/18/14, you went to Personal Property Dept. Each time you signed the Offender Personal Property Inventory forms stating "I hereby certify that the personal property inventory sheets that I am signing contain a true and complete list of my personal property".
3. On January 28, 2015, you were sent a Memo from the Grievance Officer resolving Grievance No. 15-0001. Security staff performed a search and the pair of Nike Air Force tennis shoes were found.
4. On February 20, 2015, the cell was searched again and the Nike Air Force tennis shoes were again found.
5. This matter is concluded.

JH/hm

3

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R18027 | **Counseling Date** | 02/24/15 09:31:44:397 |
| **Offender Name** | STONE, MICHAEL | **Type** | Personal |
| **Current Admit Date** | 12/24/2002 | **Method** | Face To Face |
| **MSR Date** | 08/29/2029 | **Location** | IRI    HOUSING UNIT 4 |
| **HSE/GAL/CELL** | R4-C -30 | **Staff** | HEFFREN, JEFF A., Correctional Counselor II |

Advised I/M that his GRV has been investigated and processed, Hill CC showed I/M possessed only 1 pair of gym shoes not 2 pair, when staff searched I/M's cell, 1 pair of shoes was found. I/M claims that he bought 2 pairs of gym shoes, AF1 and Flights, but only has proof of the AF1 shoes that are claimed to be missing. The flights were found and show that he only processed 1 pair of shoes, which is only on property paper work...1 pair....moot issue.

RECEIVED

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Michael Stone                ID #: R18027  Living Unit: 4- C-30

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Assistant Warden of Operations Justin Hammers

I request ☑ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Showing you my shoes that the C/o's keep mistakely identifying as "Air Force Ones" when they are not, clearly. / Thank you!

_____                2/20/15
Offender's Signature                        Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

Grievance will review this week

_____                _____
Print Staff Name                            Print Supervisor Name

_____    _____    _____    _____
Staff Signature                 Date        Supervisor Signature         Date

Distribution:   Affected Unit

*Printed on Recycled Paper*                DOC 0286 (Rev. 4/2010)

**Print Date  2/24/2015**            4

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

*Exhibit "E"*

Offender: _Stone_ _Michael_ _____ MI  _R18029_
Last Name        First Name              ID#

Facility: _IL River_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _____ or ☑ Correspondence: Dated: _3/4/15_
Received: _3/9/15_ Regarding: _Personal Property – Tennis Shoes_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

Other (specify): _Failure to comply with DR 504.510 4/c grievance attached. Will not be reviewed_

Completed by: _Leslie McCarty_        _Leslie McCarty_        _3/20/15_
Print Name                        Signature                Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

5

Peace, U I~~~~~ To when this may concern     3/4/15

    Peace is a universal greeting coming out of love because with out love there is no peace or could never be peace.

    I am writing pertaining to my pair of Air Force Ones gym shoes that was taken out of my box during my transfer here.

    To give you a brief history of everything that unfolded with me dealing with this issue;

    I came down here at IR on the said date of 12/10/14 and when I was called to get my property on the 12th of that same month I was told that my Big Box was sent to another institution and I had to wait until it catch up the following week.

    My big box made it here (IR) on the 18th of the same month and I was called the following day (19th). When I opened my box the first thing I noticed was that my brand new pair of Air Force Ones was missing. I told the personal property officer which was C/O Perkins and he said, "What do you want me to do? You have to file a grievance on it." Which is what I did the very same day.

Attached to that grievance was the yellow inventory slips that showed that my gym shoes was in my box here on "catch up" from Danville

RECEIVED
MAR 09 2015
ADMINISTRATIVE REVIEW BOARD

c.c. my shoes was gone.

The Grievance officer sent me a memo along with my grievance on 12/26/14 stating, " The attached is being returned for the reason(s) listed below: other: Attach the original issuance you received prior to "catch up."

I took the yellow slips off the grievance and attached the original ones I received, which was the pink sheets. I stapled them to the grievance and turned it back in that same day.

When I was moved to 1-house I talked to counselor Wise about my grievance and he told me there is nothing in the computer about it and write another one, turn it in to him and he would check into it. I wrote another grievance and this time I attached a copy of my receipt when I purchased the pair of "Air Force Ones." C/o Munson came to my cell and asked to see my gym shoes, I showed him the pair of gym shoes that I came down here with on my feet which was "Nike Flights" not "Air force Ones". I also showed him my boots which was in my box along with the "Air Force Ones," when my property was packed.

I received my grievance back with the counselor's response stating, " C/o Munson searched inmate's cell and found the 1 pair of gym shoes

Exhibit E-12

RECEIVED

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

that Hill C.C. listed on property sheets."

I filed another grievance and attached the second grievance that the counselor told me to write with it, to send to the grievance officer and placed it back into the mail to send to the grievance officer and placed it back into the mail. The relief I asked in the third grievance was not only to be reimburse for my shoes but also for my paper work to be sent back to me along with the first grievance so I may have the paper work to file in further proceedings (Springfield) if I had to.

On 1/5/15 the grievance officer sent me a memo, he did not send me none of my paper work back just the memos stating that, "the attached is being returned for the reason(s) listed below: Other: C/o Monson searched inmate's cell and found the 1 pair of gym shoes that Hill C.C. listed on property sheets."

I filed a fourth grievance on that same day (1/5/15) explaining that the shoes that I showed C/o Monson are not "Air Force Ones" they are "Nike Air Flights" which are the shoes I came down here with on my feet and that the language that C/o Monson used as "found the shoes" as if I was hiding or trying to hide the "Air Force Ones" that I didn't have so I could get over. I asked

7

Today in the relief that if somebody else investigate this matter because it appeared that I was not going to get a just process, or my paper work to be returned to me again and that I be reimburse for my shoes.

I was called to IA (operation) and I showed them my paper work and my receipt for my "Air Force Ones". they took my receipt and made a copy of I told the %o I was called from the barbershop to come over there and could I bring the gym shoes "Flights" that %o Munsen said he found so I could verify that they are not "Air Force Ones", and the female %o said, "I wouldn't worry about that because your paper work shows your shoes was in your box when you left Hill and that they was gone when it got here."

I didn't get any response back from IA nor did I get my grievances or paper work back from the grievance officer.

I explained the situation to my family members and asked them to call up here and explain the situation to the warden, which they did and on 3/30/15 %o Grove and %o Bucci came to my cell and took my "Air Nike Flights" and left, he returned them later.

That same day I got a memo from the Assistant Warden of Operations Justin Hammers

Exhibit E-3

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

stating that, " On February 20, 2015, the cell was searched again and the "Nike Air Force Ones" tennis shoes were again found" and " this matter is concluded."

Again, base on the mistaken decision of staff members that the shoes that I came down here with on my feet are "Air Force Ones", I have appeared that I have lied, and some how trying to get over, my grievances are not being sent back to me, my issue is getting shot down all because of this mistaken decision that the shoes I came down here with on my feet are " Air Force Ones."

On 2/31/15 I showed c/o Grove my shoes, the same shoes that they took, along with some "Air Force Ones" that another brother was wearing on his feet and he seen the difference. He let me know to talk to him monday and he would call somebody for me.

Monday came and I seen the counselor Heffren, c/o Bucci and c/o Grove was there to verify that the shoes that I had on my feet "Air Nike Flights" was the shoes they took out my cell so I asked the brother who had the "Air Force Ones" to show the counselor, as I showed him the "Air Nike Flights" so know it is understand that to the counselor, c/o Grove and c/o Bucci

8

ADMINISTRATIVE
REVIEW BOARD

that the shoes on my feet are not "Air Force Ones".

Now Counselor Heffren flipped the issue from my "Air Force Ones" to the shoes on my feet "Flights". Now its about the shoes I have on and he tryed to tell me that they mark the shoes down that you have on your feet when you transfer. So he is basically trying to make it appear that the shoes I had on my feet are the shoes they marked down on my paper, clearly ignoring my inventory box sheet and making the mistaken conclusion that they inventory the clothes and shoes you have on your person and write them down, they have never did that in any joint or institution because they don't do that.

I put in a request in to be interviewed by the Ass. Warden of Operation Justin Hammers 2/20/15 and I got it back on 2/23/15 stating "Grievance will review this issue", it didn't have his Point staff name or staff signature on it.

I recieved a counseling summary today (2/24/15) and counselor Heffren stated, "Advised I/M that his GRV has been investigated and processed. Hill CC showed I/M possessed only 1 pair of gym shoes not 2 pair, when staff searched I/M's cell, 1 pair of shoes was found. I/M claimes that he bought 2 pairs of gym shoes; AFI and Flights, but only has proof of the AFI shoes that are claimed

Exhibit "E-24"

MAR 0 9 2015

### ADMINISTRATIVE
### REVIEW BOARD

to be missing. The flights were found and show that he only processed 1 pair of shoes, which is only on property paper work... 1 pair... moot issue"

The language in this summary is misleading and from the beginning of this process my words have been distorted which I believe is the reason why none of my grievances have been returned to me from the grievance officer and why I am not actually being quoted in these decisions.

These are the facts:

1. Counselor Heffren failed to mention that the shoes that Hill C.C. marked on the inventory sheet is the shoes that was placed inside my big box, that is what the inventory sheet was for, what was in my big box not on my person. He completely ignored that.

2. They do not make an inventory for what you have on your person, no institution does that.

3. Hill C.C. showed that I possessed only 1 pair of gym shoes in my box, this is proved by all the other things that was marked on the inventory sheet.

4. Along with my gym shoes was my boots that was in my box, which makes two pair of foot wear, what did I come down here with on my feet?

9

5. The inventory sheet that they marked here at IR shows that there was no gym shoes in my box.

I put in a request in to be interview by the Ass. Warden of Operations Justin Hammers on 2/20/15 and I got it back on 2/23/15 stating "Grievance will review this issue" it didn't have his Print staff name of staff signature on it.

All I ask is for a just process, f I can't get it here, all I ask is that all my paper work (grievances) be returned to me so I can proceed with further remedies, to be reimburse

Thank you for taking the time out to read my honest request. Until mind detect mind again, I leave as I came . . .

Peace!

P.S                                    Michael Steine

Inclosed along with letter is:        R-18027

1. Inventory sheet from Hill C.C. and    4-C-30
   Illinois River C.C.

2. Counselor Heffren, Jeff A's counseling Summary

3. Memo from Assistant Warden of Operations Justin Hammers

4. two Memos from IRCC Grievance Officer and;

5. Request slip to Justin Hammers, also

6. Catch up slip that was attached to my box

7. first shake down slip that was given to class C . TA

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

IRCC
Facility

Date: 8//2015

Exhibit "F"

| Type of Report: | |
|---|---|
| ☒ Disciplinary | ☐ Investigative |

Offender Name: STONE, MICHAEL          ID #: R18027

Observation Date: 8/7/2015   Approximate Time: 12:45   ☐ a.m. ☒ p.m.   Location: BARBER SHOP

**Offense(s): DR 504:**   205-Security Threat Group or Unauthorized Organizational Activity, 303-Giving False Information To An Employee and 601-Attempting ,Solicitation (309-Business Ventures).

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time INTEL conducted a shakedown of the BARBER SHOP. During the shakedown Intel found that Offender STONE, MICHAEL R18027 had in his possession. This note did not have an envelope nor did it address any particular person in it. Offender STONE did state however that he was the author of this note. The note in part stated that he had been locked up for sixteen years and how he learned to write during his incarceration. It also stated in part that he had been writing a book and was requesting any information helping to get his book published. In ending the note stated "Leave as I came" followed by nine (9) dots. During his interview with Intel Offender STONE admitted to being the author of the note. When Offender STONE was asked why he placed STG references when ending the note, he denied (CONT)

Witness(es): 

☒ Check if Offender Disciplinary Continuation Page, DOC-0318, is attached to describe additional facts, observations or witnesses.

| C/O S. DONELSON | 10345 | | 8/8/2015 | 8:00 | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons:_____

Printed Name and Badge #          Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)   Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment:_____
☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

MAJOR BREWER #598          Mr B          8-8-15
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____ 10881          8-8-15
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

Use the space below to provide any additional information.

he denied the ending contained any references that is affiliated to any STG.

Offender STONE is a validated member of the STG BLACK P STONE NATION and in their literature the STG-BPS have the five (5) points under the five (5) Point Star, which the points are references of LOVE, TRUTH, PEACE, FREEDOM and JUSTICE. Also it is a known fact throughout the STG-BPS that when members of the STG-BPS end their notes or letters to one another using the phrase "I leave as I came" followed by the nine (9) dots which is the known symbol for nine (9) words used in their literature "In The Signs Of Love, Truth, Peace, Freedom and Justice". During this investigation Intel has substantiated that not only did Offender STONE provide false information during his interview but also according to the note/letter it was written seeking information on how to get his book published, which would provide monetary gain. Also Intel has provided the proof needed to substantiate that Offender STONE was making STG (Security Threat Group) references contained in his note/letter warranting the charge of 205-Securtiy Threat Group Or Unauthorized Organizational Activity. Offender STONE was positively identified utilizing his stated issued I.D. provided to him by Bof I.   End of Report

10

ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

Name: STONE, MICHAEL                 IDOC Number: R18027                          Race: BLK
Hearing Date/Time: 8/14/2015  11:58 AM        Living Unit: IRI-S-01-10        Orientation Status: N/A
Incident Number: 201501539/1 - IRI           Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 8/7/2015 | 201501539/1-IRI | DONELSON, SHANE R | BARBER SHOP | 12:45 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 205 | Gang Or Unauthorized Organization Activity | Guilty |
| | Comments:STG - PStone Nation | |
| 303 | Giving False Information To An Employee | Guilty |
| | Comments:denied STG reference | |
| 601.Attempt/309 | Petitions, Postings & Business Ventures | Guilty |
| | Comments:trying to get a book published | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|
| No Witness Requested | | | |

**RECORD OF PROCEEDINGS**

I/M present and charges were read.  I/M pled not guilty.  I/M stated that he was just trying to get information on how to get a book published.  He further stated that he was not trying to enter into any contractual obligation.

**BASIS FOR DECISION**

I/M false statements - stated he wasn't an acknowledged Black P Stone, letter found on him.  I/M's admission in the letter and Intel knowledge of the incident.

**DISCIPLINARY ACTION**  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

Basis for Discipline:Nature of Offense

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|--|-----------|------|------|
| BOTTRELL, ANDREW D  - Chair Person | *(signature)* | 08/14/15 | WHI |
| CLEMONS, LEVORNE | *(signature)* | 08/14/15 | BLK |

Recommended Action Approved

**Final Comments:** N/A

11

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Name: STONE, MICHAEL          IDOC Number: R18027          Race: BLK

Hearing Date/Time: 8/14/2015   11:58 AM          Living Unit: IRI-S-01-10          Orientation Status: N/A

Incident Number: 201501539/1 - IRI          Status: Final

---

*Justin He*
GREGORY J GOSSETT / JH  8/19/2015

Chief Administrative Officer

*[signature]*
/Signature

08/19/15

Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*[signature]*
Employee Serving Copy to Committed Person

9/2/15  3ᵖ
When Served  -- Date and Time

ILLINOIS DEPARTMENT OF CORRECTIONS
Shakedown Record/Confiscated Contraband

| | Exhibit No. _____ |
|---|---|
| | CLIC No. _____ |

Date: _2/05/15_  Time: _1240_  ☐ a.m.  ☒ p.m.  Bldg. Area: _R1_

Living Area: _R30_  Occupied: ☐ Yes  ☐ No

Violator: _STONE_  No. _Y1087_

Violator: _BELL_  No. _K58704_

Was any contraband found?  ☐ Yes  ☐ No

Item(s) (Description and circumstances of discovery): _____

_____

_____

_(TA)_

_____

_____

Witness: _85 Annett 3557_

_____

Disciplinary Report written: ☐ Yes ☐ No    Incident Report written: ☐ Yes ☐ No

Employee Signature _____

Badge No. _1034_   Date _2/05/15_   Time _1243_  ☐ a.m. ☐ p.m.

Shift Supervisor:  Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

☐ Major Contraband  ☐ Minor Contraband: _____

Signature

Disposition: _____

Date: _____   Time: _____  ☐ a.m. ☐ p.m.  Initials: _____

Receiving Custodian:  Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

☐ Major Contraband  ☐ Minor Contraband: _____

Custodian Signature

Chain-of-Custody after the Custodian has received the item:

From: _____   To: _____

Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____   To: _____

Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____   To: _____

Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____   To: _____

Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

Final Disposition: _____

Date: _____   Custodian's Initials: _____

Distribution:  With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

Exhibit "H"

12

Exhibit "I"

AFFidavit OF Statement

I Felicia Anderson, swear or affirm
under the penalty of perjury that the following
statements are accurate and true to the best of my
Knowledge (28 U.S.C. Section 1746; 18 U.S.C.
section 1621.).

During the month of February of
2015 I was sent a letter and was called by my
family member at Illinois River C.C.
  Through both outlets I was told by my
family member Michael Stone that he was
being denied the right to a proper grievance
procedure and that they were not sending him
back none of his paper work to proceed in
the next step to be reimburse for his property.
  He wanted me to call up there to the prison
to talk to the warden and let him/her know
about the grievance procedure and the counselor
and the grievance officer, which I did.
  After he told me they are still giving him
the run around and lied by shaking down his
cell stating that they found the item which were
a pair of shoes that were not the shoes that

12

were not on the property list and which he
had a receipt for the missing ones that
showed the shoes they claimed they found
were not them and not returning his
grievance's I called Springfield and complained
to them what was happening to Michael
Stout with respect to the grievance process
and the %'s that work it.

Date __4-12-17__

                                    /s/ _Felicia Anderson_

Exhibit "J"

Affidavit Of Statement

I Denise Spencer , swear or affirm
under the penalty of perjury that the following
statements are accurate and true to the best of my
knowledge (28. U.S.C. Section 1746; 18 U.S.C
Section 1621).

In the month of February 2015 I
was called by my son Michael/Steve who is
a resident at Illinois River C.C.
During this conversation my son informed
me that his property was sent to another
institution and when it came back to him
some of his property was missing out the box.
I was told he filed a grievance on
the issue and they denied him reimbursement
for the property that came up missing because
they serched his property and found it, which
was a lie.
He continue to file grievances on the
issue and they continued to lie, without
sending none of his grievances back to
him and simply ignoring the property sheet
that listed what he had in his box when he

14

left the last institution, and when his box caught up with the item that was on the property sheet was not in there.

I called up to Illinois River C.C. to speak to the warden about the grievance procedure my son was going through.

After they took him through the same stuff over again I called Springfield + complaining to them that my son is not getting a fair treatment with the grievance procedure at Illinois River C.C.

Date: 4/28/17

/s/



**Illinois**
Department of
**Corrections**

**Bruce Rauner**
Governor

**Bryan Gleckler**
Acting Director

Illinois River Correctional Center / 1300 West Locust, P.O. Box 999 / Canton, IL  61520 / Telephone: (309) 647-7030

MEMORANDUM:

DATE:        March 5, 2015

TO:            Offender Michael Stone #R18027
                   HU 1-C-14

FROM:      Warden Greg Gossett

SUBJECT:   Air Force 1 Shoes

Mr. Stone we have checked on the status of your missing shoes.  As of now, they are considered
"lost in transit" as you are no longer in possession of them.  You will need to grieve the issue and
the grievance will set the amount the shoes are worth.

GG/dd

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 2/1/15          Date of Review: 3/9/15          Grievance #: 15-0066

Committed Person: STONE, MICHAEL          IRI-R4-C -30          ID#: R18027

Nature of Grievance: Personal Property          -shoes(2grievances combined/same issue)

Facts Reviewed: The complaint, attachments, counselor's response were reviewed.

The inmate alleges he did not get his shoes upon transfer from HillCC to IRCC. Inmate request shoes or reimbursement.

CO Munson shookdown the inmate's cell and found one pair of sneakers.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in Departmental Rule 504, this grievance officer is reasonably satisfied that the inmates claims are not substantiated. He does have a pair of sneakers. Deny

Recommendation: Deny

Robbie Johnson, G/O
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|

Date Received: 3-17-15          ☐ I concur     ☒ I do not concur     ☐ Remand

Comments: Offender did purchase a pair of Air Force ones from Hill CC, Property receipt from Hill shows they were packed. When offenders property arrived here at IRCC, the shoe wasn't in his property. Reimbursement of $86.49 minus deterioration.

Amy Gossett                    3-17-15
Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Committed Person's Signature                    ID#                    Date

Distribution:   Master File; Committed Person                    Page 1                    DOC 0047 (Eff. 10/2001)
16                                                      (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS

EXHIBIT
"M"

## Offender Authorization for Payment

Posting Document # _____  Date _____

Offender Name N. _____  ID# _____  Housing Unit _____

Pay to _Extended Hands Gift Shop Inc_

    Address _P O Box 160460_

    City, State, Zip _Brooklyn NY 11216_

The sum of ____Forty_____ dollars and _____O_____ cents charged to my trust fund

account, for the purpose of _____Payment for Services____

☐ I hereby authorize payment of postage for the attached mail. .  ☐ I hereby request information on electronic
                                                                         funds transfers to be placed in the attached mail.

Offender Signature _____  ID# _B-16-27_

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

17

Exhibit "N"

# Illinois
## Department of
# Corrections

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Stone, Michael_     Date: _7/20/15_

Register # _R18027_

Facility: _IL River_

This is in response to your grievance received on ___2/4/15___. This office has determined the issue will be addressed without a formal hearing.  A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _12/23/14_ Grievance Number: _14-8903_  Griev Loc: _IL River_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ☒ Personal Property  _Typewriter broken when transferred from Hill CC_
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____ Incident # _____
- ○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ☒ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

☒ Other: _Per property, the contract for the typewriter is dated 10/19/04. Therefore there is no monetary value to the typewriter_

FOR THE BOARD: _Leslie McCarty_     CONCURRED: _Gladyse Taylor_
Leslie McCarty                          Gladyse C. Taylor
Administrative Review Board              Acting Director
                                         7/28/15

CC:   Warden,  _Illinois River_   Correctional Center
      _Stone, Michael_   Register No. _R18027_
      _Property Officer, IL River CC_

18

Exhibit "P"

---

**Closing Account !**                                                    9/17/15

---

| From: | mikestone <mikestone@extended-hands.org> |
| To: | mikestone@extended-hands.org |

---

| Priority: | Normal |

---

Dear Mr. M. Stone:

Our findings still show that we can't gain access to your FB page,
due to a newer verifying system they use when a profile is being
created.

Now we have no control over such happenings. So therefore,
your account will be closed and money will be refunded minus
the closing fee, money order fee, and mailing fees, and it will
be returned within 3-6 weeks time due to the issues regarding
your FB accounts.

Thank you for your time and patience.

Team Extended Hands !

I recieved this letter in segregation from extended
hand's, I never get a chance to get on face book. I have
not recieved my money back till this day. Attached
is the money voucher when I first sent my money oat

Exhibit "Q"

State Of Illinois
Fulton County, Illinois
Affidavit Of Statement

I Hassan Butler swear or affirm under the penalty of perjury that the following statements are accurate and true to the best of my knowledge. (28 U.S.C. section 1746; 18 U.S.C. section 1621.)

In 2015 Internal Affairs officer Donaldson et al of Illinois River Correctional Center were illegally confiscating and disposing of my US mail.

On November 4th, 2015 I.A. Donaldson informed myself and several other subscribers to a vendor called the Extended Hands Gift Shop Inc. (an Internet/ Facebook company that caters to prisoners) during a summons to the Internal Affairs department, that we would no longer be allowed access to the vender's services.

Yet the incoming mail from the vendor—which came once-to-twice per week, per contract—had not been recieved from any of the subscribers present at the meeting, for at least one month (October 5th, 2015 was the date of the last correspondence that I myself had recieved).

I.A. Donaldson claimed to have no knowledge as to the cause of the cease of mail from the company at that time but offered to, quote: "Look into the matter."

From at least October 5th, 2015 up to December 3, 2015 (when I.A. Donaldson logged an official administrative E-mail addressing the matter) my outgoing mail was not allowed to leave either. And I still have not been given an explanation as to its whereabouts, nor the refund of my account with the vendor—which was not exhausted.

I.A. Donaldson admitted to personally handling the "cancelation letter" that he told us to write at that November 4th meeting (the letter was to request from the company our Facebook passwords and the remainder of our accounts). The letter was never mailed and all contact with the company was effectively checked off.

Date 3-29-17

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Hassan Butler #K80816
Hassan Butler

5-12-17

20

Exhibit H

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**    NOTE, Attached are Exhibits A thru M

| Date: 1/10/16 | Offender: (Please Print) Hasson Butler | ID#: K80316 |
|---|---|---|

| Present Facility: Ill. River Corr Cntr | Facility where grievance issue occurred: Ill. Riv. Corr Cntr |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): WILL TAKE POLYGRAPH... CHALLENGES ACCUSED TO DO THE SAME

- [ ] Disciplinary Report: ____/____/____    _____
                          Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

DUE PROCESS VIOLATION... 1st AMENDMENT RIGHT INFRINGEMENT...
From at least OCT. 5th 2015 (the date of my last "recieved" Facebook
printout) until DEC 2nd 2015 my "incoming and outgoing" mail from a Facebook
service-provider company called Extended Hands Gift Shop Inc. has been
lawlessly witheld and/or disappeared by the Administrative Authorities of
Ill. Riv. Corr. Cntr..
    Under the veil of misdirection, misinformation, and impunity, my
Right to "due process" has been violated with regaurd to the handling and
custody of my US Mail. And although this fact has been made evident by

**Relief Requested:** for those who've proven that they can't be entrusted with authority over others to
be entrusted, to be compensated within the full range of legality (monetarily ect) for my ordeal.
To have my mail retrieved/recovered if possible. And to ☒ be free from retaliation for this grievance

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ____/____/____
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____    _____    ____/____/____
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
                                                                                      [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature    Date



the handler(s) in question (Mrs. Ford of the Mailroom...?), the motivation, I assert, is for the purpose of Censorship of my political and religious beliefs (as I am a documented Conscious Seeker of the ████ NAT'N OF GOD AND EARTH), in direct violation of my 1st Amendment Freedoms.

I'll now provide some specifics and a timeline, but please NOTE: of the incoming mail to be shortly described, no I R I 0065 NOTICE OF UNAUTHORIZED ITEM(s) NOT PERMITTED form was issued wherewith I would've been allowed seven (7) days to return said item(s) to sender at my own expense or send said item(s) home through visitor pickup (per Ill.Rev. Corr. Cntr. ORIENTATION MANUAL ███████ '18th Edition, pg. 58 sect. 10); nor was there an I R I 0160 OUTGOING MAIL RETURN notice issued for outgoing mail to Extended Hands which was disallowed for "whatever" reason, despite the said mail being properly addressed and outfitted with Offender Request for Payment Voucher(s) for "additional postage" when required. NO NOTICES OF ANY KIND WERE MADE IN EITHER CAUSE.... Procunier v. Martinez, 416 U.S. 396 (1974).

(I'll now begin chronologically; but ████ FIRST I must note a critical moment on NOV. 5th ... and then backdate)

On NOV. 5th, I was formally told by I A (Internal Affairs) officer Donaldson that the Ext. Hands transactions were no longer permitted; but I had already "not" recieved any of my routine weekly mail from the company since OCT. 5th (the date of my last printout). This company had delivered to me weekly since FEB. of this year; and sometimes twice per week, per contract (there are printouts detailing each dispersement).

On OCT. 12th and again on the 16th, I'd written the mailroom [* Exh. A     ], concerned about the unusual lack of said mail, but recieved no response (all the while I'd been sending two envelopes of personal mail per week ████ of messages to be posted by the company, most of which required an "additional postage" voucher by which monies would be deducted from my Inmate Trust Fund Account to pay for the hefty envelopes).

On OCT. ██ 30th, after two weeks without a reply, I made an appointment with my Counselor/Caseworker (Mr. Wire), outlined my concerns and showed him the duplicate of my mailroom letter ██ [Exh. A]. The counselor checked my account and saw that I had sent monies from my account to Ext. Hands as recently as OCT. 1st [Exh. B], but that "no" deductions for postage for that month had been made. Counselor-wise then called the Trust Fund Office to find out whether or not ███ the company had gone out of business.

(REHASH OF NOV. 5th WHEN I WAS SUMMONED BY I A DONALDSON) I was also informed upon our meeting by I A Donaldson that because of the shutdown I'd have a deadline of NOV. 19th to send a final post to settle my affairs, cancel my account, and request my Facebook password. Mr. Donaldson was very forthcoming and assured that he had NO KNOWLEDGE of my "outgoing" mail to the company being held. He (Donaldson) also assured me that I would be allowed to dispose of my "incoming" Extended Hands mail, that had been accumulating since OCT., in whatever proper procedural manner that I saw fit.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)



On NOV. 8th I sent a letter to the mailroom inquiring whether the NOV. 1st letter to Extended Hands that I ▓ submitted to them was being processed [Exh. C] (I'd recently seen that no "additional postage" fee had been deducted from my account despite that "very sizeable" letter. They responded ▓▓▓ but only to say "anonymously" that "...Ext. Hands was no longer allowed....". My letter was not returned to me, nor were any of my previous letters to the company which were, it mailed.

On NOV. 12th I wrote IA Donaldson concerned ▓▓ about the mailroom and requested that I submit my "deadline letter" to his office. ▓▓▓▓▓▓▓ [Exh. D]. When no response occurred, on NOV. 13th I had my gallery officer (and "Crisis Team" member) "Jo Vaughn call IA Donaldson on ▓▓ NOV. 13th with the request... Mr. Donaldson's reply to Vaughn was reportedly a negative and he (Donaldson) suggested that I send it through the mailroom.

On NOV. 19th I spoke with IA Donaldson in his office and we discussed my final cancellation letter (which I'd submitted to the mailroom ▓▓ on NOV. 15th). He (Donaldson) ▓▓▓▓ informed me that he'd seen and handled the letter himself. He then reiterated his assurance that I should not be concerned over the "incoming" mail from Ext. Hands (which was "still" being forwarded to me weekly from the company as ▓ my account and contracted services were still active and ongoing). Though I assumed that ▓ "everything was on the "up and up", the additional postage fee was never deducted from my account and my NOV. 15 finale letter (a very hefty letter) never left the prison.

On NOV. 23rd IA Lieutenant Johnson came by my unit, and on NOV. 29th I spoke briefly with IA officer Jester and Warden Hammers (a Warden whom I'd already written on ▓▓ NOV. 24 to no avail). I explained the "missing" mail" situation to each and was told by each to write them if nothing changed. I did so on the night of each interaction after recieving no evening mail; but recieved no responses. [* Exh. E]

On NOV. 27th I again wrote the mailroom with a detailed inquiry into the status of my since OCT. and they replied this time with signature [Exh. F]. They remarked that they "...do not record incoming/outgoing mail unless it is legal mail...". I recieved said reply on DEC. 1st and I wrote right back, thanked them for regarding, and submitted two questions: " ...Have you been forwarding my Extended Hands mail to IA; and for how long have you been doing so?..." [Exh. G]. I have yet to recieve a response.

On NOV. 30th I wrote IA Donaldson, asking him the result of the NOV. 15th final post/cancellation letter that he'd handled; and to whom did he give the letter.... No reply. [Exh. H]

On DEC. 1st I visited Counselor Wise, informing him of the aforementioned and my suspicion that the mailroom was stonewalling" and possibly "destroying" my mail to the institutional staff as well as my incoming and outgoing mail to-and-from the company. I showed him (Counselor Wise) my correspondence(s) and he consulted his computer and confirmed for me that at least one of my letters

(OFFENDER'S GRIEVANCE (Continued))

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

to the Warden were filed by his secretary (Holly Martin) and sent to I.NTEL. Counselor Wise then said he'd further assist me in resolving this "unaccounted-for mail" matter in person with Mr. Donaldson instead of over the phone.

On DEC. 2nd I recieved a letter from Extended Hands 囗 that had no date, but the envelope was postmarked from NOV. 20th. The letter explained in short that the company was aware of the "situation" with my present institution (Ill. River), that my account was effectively closed, and that within sixty (60) days the remainder would be refunded. BEAR IN MIND, PLEASE that this "cancellation of my account" had to've been arranged beforehand by someone other than myself because the NOV. 19th deadline post that was sanctioned by I.A Donaldson (mailed by me on 11-15-15; admittedly handled by Mr. Donaldson; but didn't leave the prison) was never recieved by the company. [Exhibit. I]

On DEC. 3rd I again visited Counselor Wise who showed me an E-mail sent from I.A Donaldson on NOV. 2 that acknowledged the NOV. 19th deadline he'd granted, but made no mention of the outgoing mail that had not been mailed nor returned to me. The E-mail also failed to address the incoming mail that I was neither notified of nor allowed to dispose of in a manner in which I was Institutionally/Constitutionally entitled. My counselor informed me that I could not 囗 recieve a copy of Mr. Donaldson's E-mail in paper form but that it could be accessed at any time by Operations. Counselor Wise also sent an E-mail to I.A Donaldson in my presence asking him (Donaldson) if he were aware of any Ext. Hands mail that had been sent to me (Butler) since 囗 OCT. 6th. [Exh. J]

Despite Counselor Wise's and my own efforts, there has been no explanation as to the whereabouts of my incoming Ext. Hands mail since OCT. 8th; nor for the outgoing mail that for whatever reason was not returned to me after 囗 not being allowed to leave the institution.

The chasing of my tail in this cause has been unnecessarily cruel. And the infliction of frustration and emotional distress has been extreme as well as intentional.

The obvious abuse of power in the witholding and/or destroying of my US MAIL without extending even the Right to Notification is clearly a violation of the Right to Due Process for various reasons, including the fact that I was not given the chance to challenge the Censorship.

Further, one could only conclude that the deliberate indifference and stonewalling in this cause 囗 is in direct response to the political- and religious-content of my Facebook posts which are critical of certain religions and government tactics, personnel, and policy. This makes the bad actors' conduct in this cause a criminal infringement/obstruction of my 1st Amendment freedoms.

[Exh. K] A letter to Buisness Administrator (Mr. PEARTIL)

[Exh. L] A letter to I.A Donaldson about a second "Buisness Letter"

[Exh. M] A letter to Warden Hammers whereupon the lack of reply prompted grievan

*EXHIBIT (S)*



**Extended Hands Gift Shop Inc.**
**P. O. Box 160460 Brooklyn, NY 11216**

Dear Sir, due to the situation with your facility your account(s) with us will be switched to the login information of your choosing and forwarded to your address. You will receive your final receipt and refund within 30-60 days minus all scheduled services that were performed during your time with our company. We thank you for your patronize thus far. Have a great day!

*Team Extended Hands*

This was sent to another inmates or all inmates that were doing business with Extended Hands and those inmates were given their money back.

23

Exhibit "T"
1-4

FB UPDATES 6/15

From:        hbutler <hbutler@extended-hands.org>
To:          HBUTLER@EXTENDED-HANDS.ORG

Priority:    Normal

## PROFILE WALL:

 Hassan Butler

WHAM BAM BABYCAM
An Essay By Hassan Butler May 29

On May 28th they released a video of a couple of BARSTOW, CALIFORNIA
cops slamming a pregnant woman (Charlena Michelle Cooks) on her
belly back in January. Why they didn't just TAZER and give the Kid a
crash course in Community Policing is anyone's guess.
Meanwhile in CLEVELAND, part of DOJ's (Dept. of Justice's) Dec. 2014
findings uncovered a culture of COPS GONE WILD (137 SHOTS), and that
they racketeered against minorities with ticketing and fines.
(deja-vu).
As part of the department's Consent Decree (a pinky swear to behave)
the DOJ demanded over 100 policy changes. Changes in which included
a rule that CLEVELAND PD could NO LONGER pistol-whip a handcuffed
suspect (no, seriously that happened). However, folks...if you need
to tell the police NOT to beat American citizens with weapons while
they're handcuffed, then that decree should also include Potty
Training, a Chew Toy, and a Shock Collar that JOLTS whenever one of
these animals lie on a police report.
But back to our 8-MONTHS PREGNANT black woman. In a nutshell(and I
still don't know what that means) Ms. Cooks was dropping her 2nd
Grade daughter off at school, has a PARKING SPOT SPAT with a
teacher, the white woman tells the cops that she was SCARED, the
cops interrogate Ms. Cooks who initially declines to give her name
(NO CRIME in Cali law), and then they slam her on her belly as she
cries in fear for her baby ( just like they teach it at the
academy).
Look...you can't legislate humanity. They use the law to label
Blacks as one-fifth human once. So...in a nutshell... I don't remember
if it was German Philosopher NIETZSCHE or maybe MARTIN LUTHER that
said it, but it went something like: You cannot treat others
INHUMANELY and not become INHUMAN yourselves...bitch.
I'm pretty sure it was Dr. King.
#AMERICAN ME

Roy Jenkins and Marcel Mosby Lake like this.

 Hassan Butler

MURDER RAPS
An Essay By Hassan Butler June 2, 2015

From Jan. 1 to June 1st the cops racked up 385 fatalities (2.6 a
day). One of which was a WHITE pistol-packing pastor named Nehemia
Fisher in Oklahoma, (they do things a little differently in the
PLAINS, folks). Of these kills, a respectable percentage were White.
But of the UNARMED victims of deadly force, two-thirds of them were

24

FB Updates 7/13

| From: | hbutler <hbutler@extended-hands.org> |
|---|---|
| To: | hbutler@extended-hands.org |
| Priority: | Normal |

## PROFILE WALL:

Hassan Butler ·
July 10 at 7:55pm · *( SWEET TOOTH )*

~~ONE-OFF~~ An Essay By Hassan Butler June 26 2015.

   I'm just gonna say it...   Women are like Candy People. By that, I don't mean they're like "vendors" that sell candy. I mean they're like... PEOPLE made of sugar and honey and stuff-------respectfully.  So then------why would anyone want only ONE piece, when the Candies keep getting sweeter over time ?...   Science says I'm not an idiot. There's actually research showing that Women as a species are becoming MORE beautiful through natural evolution (without the beauty creams and botox supplies).   That said, you're really NOW not letting me peek at the Candy Display ? A display that's metaphorically RIGHT where the cash register always is; RIGHT where my wallet opens--------REALLY ?   Look, I do see the sense in staying loyal to ONE brand of Candy-------- I do. It makes it more than just Comfort Food for me to... "eat whenever I want (don't be vulgar). It makes meaningful. Plus, NOT going after Goodies elsewhere'll probably keep my teeth from falling out. BUT...   (there's always a But)   But what if I'm discreet about my "sweet tooth " ?   What if I floss really, really well and ... brush brilliantly and...disappear "all" of my casual Candy Wrappers (THOTS) before my taste buds even notice ?   Clever, right ?   ...I, um...I'm in a lotta trouble, aren't I ? #ASKIN' FOR A FRIEND

Hassan Butler

July 10 at 7:42pm ·

CHECK IT: For obvious reasons CONGRATS to my girls ALLISON FELIX and DEZERAE BRYANT on their performances at the US Outdoor Track-n-Field Championships the past weekend. They apparently qualified in one event or another. But the point is...When they wear what they have to wear to compete...EVERYBODY wins. Which had me thinking---------it's summertime, right ? There's a cut called "Freaks Of The Industry" by DIGITAL UNDERGROUND that my Roadie Yellagirl put me up on. This is some straight BOSS FREAK "ish" that's all about getting loose and having fun. FREAKY FUN...the best kind.  PEACE.

Hassan Butler

July 10 at 7:36pm ·

CHECK IT: Explosions and bullets, step right up. There's a George Clooney flick called THE AMERICAN. It's about dangerous women and being quiet. And like KANYE WEST said before he flipped out and totally disgraced THE CITY..."Man, they don't make'm like dis anymore. Does anybody make real ISH anymore ?.... "They did this time.

CHECK IT:  And since we're talking crazy, there's an NWA artist named CPO who dropped one of the wettest Murder Raps ever written called "Ballad Of ...A Menace." It's a piece of pure chaos set to music. A cut so ahead of it's time "lyrically" that it had a video on JUKEBOX and still couldn't





**We make your
reach possible!**

Extended Hands Gift Shop Inc.
P.O. BOX 160460
BROOKLYN, NY 11216

DATE AUGUST 24,2015
RECEIPT #9

SOLD
TO

**Name: Hassan Butler K80816
P. O. Box 999
Canton, IL 61520**

| QTY | DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|------|-------------|------------|------------|
| | | **BALANCE :** | | $25.87 |
| 1 | 8/3 | FB check | .75 | 25.12 |
| 2 ½ | 8/3 | Printouts | .75 | 24.37 |
| 1 | 8/3 | Postage | .49 | 23.88 |
| 1 | 8/10 | FB Check | .75 | 23.13 |
| 1 | 8/10 | Printouts | .30 | 22.83 |
| 1 | 8/10 | Postage | .49 | 22.34 |
| 1 | 8/17 | FB Check | .75 | 21.59 |
| 3 | 8/17 | Printouts | .90 | 20.69 |
| 1 | 8/17 | Postage | .49 | 20.20 |
| 1 | 8/24 | FB Check | .75 | 19.45 |
| 5 | 8/24 | Printouts | 1.50 | 17.95 |
| 1 | 8/24 | Postage | .49 | 17.46 |
| | | **Total Ending August 24, 2015** | | $17.46 |

**Dear Mr. Butler, above is your current balance. Thank you for your business.**

**Team Extended Hands!**

26



*We make your
reach possible!*

Extended Hands Gift Shop Inc.
P.O. BOX 160460
BROOKLYN, NY 11216

# SALES
# RECEIPT

DATE SEPTEMBER 21, 2015
RECEIPT #10

SOLD
TO   Name: Hassan Butler K80816
P. O. Box 999
Canton, IL 61520

| QTY | DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | | BALANCE : | | $17.46 |
| 1 | 8/31 | Site Check | .75 | 16.71 |
| 1 | 8/31 | Printouts | .30 | 16.41 |
| 1 | 8/31 | Postage | .49 | 15.92 |
| 1 | 9/7 | Site Check | .75 | 15.17 |
| 1 | 9/7 | Printouts | .75 | 14.42 |
| 1 | 9/7 | Printouts | .30 | 14.12 |
| 1 | 9/7 | POSTAGE | .49 | 13.63 |
| 1 | 9/14 | Site Check | .75 | 12.88 |
| 4 | 9/14 | Printouts | 1.20 | 11.68 |
| 1 | 9/14 | Postage | .49 | 11.19 |
| 1 | 9/21 | Site Check | .75 | 10.44 |
| 3 ½ | 9/21 | Printouts | 1.05 | 9.39 |
| 1 | 9/21 | Postage | .49 | 8.90 |
| | | Total Ending Balance as of 9/21/15 | | $8.90 |

Dear Mr. Butler, above is your current balance. Thank you for your business.

**Team Extended Hands!**

Exhibit "U" 1-2





**We make *your*
reach possible!**

Extended Hands Gift Shop Inc.
P.O. BOX 725
MIDLOTHIAN, IL 60445

DATE FEBRUARY 29, 2016

SOLD     Name: Kenneth Hunter #B61106
TO       P.O. Box 999
         Canton, IL 61520

| QTY | DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|------|-------------|------------|------------|
|     |      | BALANCE :   |            | $4.41      |
| 1   | 2/29 | Printout    | .15        | 4.26       |
| 1   | 2/29 | Account Closure | 1.00   | 3.26       |
| 1   | 2/29 | Money Order Fee | 1.00   | 2.26       |
| 1   | 2/29 | POSTAGE     | .49        | 1.77       |
|     |      | Total Ending Balance as of 2/29/2016 | | $1.77 |

Dear Mr. Hunter, your FB login information is kenhunter1106@yahoo.com and your
password is (Ken6110). We thank you for your patronage to our company and we
wish you the best. Team Extended Hands!

28

Extended Hands Gift
Shop Inc.
P.O. Box 725
Midlothian, IL 60445

S SUBURBAN IL 604

07 MAR 2016 PM 7 L

**Kenneth D. Hunter (B61106)**

P.O. Box 999
Canton, IL 61520

6814

PLEASE REMEMBER
1.77 ___ TOTAL

MAR - 9, 16

CASH CK.
TRANSFER
OTHER

☐ MONEY ORDER
☐ BANK CK

Refund

61520099999

Exhibit "U" 2

29

Exhibit "U" 1-2



**We make *your*
reach possible!**



**Extended Hands Gift Shop Inc.**
**P.O. BOX 725**
**MIDLOTHIAN, IL 60445**

(DATE FEBRUARY 29, 2016)

**SOLD    Name: Kenneth Hunter #B61106**
**TO    P.O. Box 999**
**Canton, IL 61520**

| QTY | DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | | **BALANCE :** | | $4.41 |
| 1 | 2/29 | **Printout** | .15 | 4.26 |
| 1 | 2/29 | **Account Closure** | 1.00 | 3.26 |
| 1 | 2/29 | **Money Order Fee** | 1.00 | 2.26 |
| 1 | 2/29 | **POSTAGE** | .49 | 1.77 |
| | | **Total Ending Balance as of  2/29/2016** | | $1.77 |

**Dear Mr. Hunter, your FB login information is kenhunter1106@yahoo.com and your
password is (Ken6110). We thank you for your patronage to our company and we
wish you the best. Team Extended Hands!**

State Of Illinois
Fulton County, Illinois
AFFidavit Of Statement

I Michael Stone, swear or affirm under the penalty of pegury that the following statements are accurate and true to the best of my Knowledge (28. U.S.C. section 1746, 18 U.S.C section 1621).

That I sent $140.00 to Extended Hands Gift shop. A company that helped inmates here at IRCC to set up a face book page. That after they sent me the contract form to fill out a few weeks later in Jun of 2015. After a while of not hearing from Extended Hands Gift shop, I wrote them asking about the update of my face book page. I got a letter from them in September of 2015 stating that due to the new system here at IRCC they can't gain acess to my file and it is out of their control so they will be refunding my money.

That at the time I recieved that letter Extending Hands were still doing business with inmates here at IRCC. From June to the last letters I wrote to Extended Hands in November my mail was being confiscated by IA.

That after I found out that IA Donaldson and other IA officers were leading the charge to stop inmates from doing business with Extended Hands, I sought to interview some of the inmates to ask what whappened and how did it happen. When I found out about the meetings and how they were directing inmates mail back to them personally I wrote Extended Hands again just for them (IA) to talk to me and let me know what was going on, but I never heard from them (IA) nor did they bring my mail back.

After I told the other inmates what was going on with me, I asked them could they help me by signing a affidavit and some agreed while others simply said, "I dont want nothing to do with that," out

of fear that they will be retaliated against by IA; A practice down here in IRCC that has built a group conviction amongst the inmates that if they expose the illegality of the staff they will be punished by transferring, segregating, placed on the "Black ball list" were they don't give you a job, or blackmailing into submission.

I Michael Stone _____, being first duly sworn upon my oath, depose and state that the above mentioned facts are true and correct to the best of my Knowledge and recollection.

/s/ [signature] Michael Stone

# B-18027

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

[signature]

5-30-17

Exhibit "W"

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| Date: 11/18/15 | Offender: (Please Print) Michael Stone | ID#: R-18027 |
|---|---|---|
| Present Facility: Illinois River C.C. | Facility where grievance issue occurred: | Illinois River C.C. |

## NATURE OF GRIEVANCE:

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____     _____
                              Date of Report          Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of November 18 I seen a fellow inmate by the name of Hassan Butler with Extended Hands internet papers in his hands and inquired about them. He let me know that he was in business with Extended Hands before Illinois River C.C. just recently stopped him from doing business with them.

I informed him that I also tried to get a face book page through Extended Hands and how I sent them my money but never got a response from them after I signed the contract

**Relief Requested:** To receive my mail from Extended Hands from June to September of 2015, and also be allowed to inquire why my money was not sent back to me. I would like for a reprimand (Back)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Michael Stone_                          R-18027          11/24/15
Offender's Signature                        ID#                Date

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

## EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____     _____
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender                    Page 1          30                    DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

and ask to get the weekly check up for my face book page. I let him know the only thing I heard from them is when they sent me a letter in September (2015) that stated they will be sending my money back due to complications.

He informed me about a meeting that IA Donelson had with him and fourteen other inmates on November 4th, 2015 pertaining to Extended Hands. He (IA Donelson) told them that they will no longer be able to do business with Extended Hands. Mr. Butler informed me how all the subscribers incoming mail from the vendor stopped for a whole month where as before they got mail from the vendor once-to-twice per week, per contract.

He also informed me that this outgoing mail was not allowed to leave either, which was addressed to Extended Hands.

This meeting that happened on November 4, 2015, I was never afforded the opportunity to attend that meeting nor was I ever called to inform me about it.

From June to September of 2015 Extended Hands were still doing business with inmates here at Illinois River C.C. but I did not receive none of my mail from Extended Hands nor have I received my money back from them even though I wrote several letters inquiring about my funds.

Relief Requested: to be given and to be free from retaliation for this grievance. I would also like a full explanation from IA Donelson on his role or the role he played in stopping inmates contacting Extended Hands or Extended Hands getting in contact with the inmates here at Illinois River C.C.

State of Illinois

Exhibit "X"

Fulton County, Illinois

Affidavit Of Statement

I _Hassan Butler_ swear or affirm under the penalty of perjury that the following statements are accurate and true to the best of my knowledge (28 U.S.C. section 1746; 18 U.S.C. section 1621.)

It is the practice of Illinois River Correctional Centers administration to disappear and/or delay grievances beyond deadline, etc.. I have contacted several law firms and — if necessary — will soon take pro sé legal action against said prison's Internal Affairs officer Donaldson et al which led to my mail being wrongly withheld/ discarded; and my grievance (on said matter) misdated and wrongly ruled untimely.

Date: 4-10-17

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

5-23-17

/s/ _Hassan Butler_

Hassan Butler

# K80816

# John Howard Association of Illinois

P.O. Box 10042, Chicago, IL 60610-0042
Tel. 312-291-9237 Fax. 312-526-3714

April 8, 2017

Exhibit "Y"

Mr. Brian Meredith  #M12148
P.O. Box 999
Canton, IL 61520

Dear Mr. Meredith,

The John Howard Association independently monitors Illinois correctional facilities, policies and practices, and advances reforms needed to achieve a fair, humane and effective criminal justice system.

IDOC's grievance process needs to be reformed. Approximately half of the letters from IDOC inmates to JHA related to prison operations state that the grievance procedure was followed by the inmate, but the grievance was never answered, was answered months after the form was submitted, or did not resolve the problem. When JHA visits facilities, the grievance process is complained about regularly.

IDOC should consider resuming use of the tri-colored form. This would provide a receipt that the grievance was filed. Although such forms cost more money and the budget is tight, it is possible that IDOC is losing money when considering the cost of processing duplicate grievances (labor hours + paper). All grievances should be recorded and tracked in each facility. The process should be transparent. Only objective third parties should answer grievances. It is possible to do electronic grievances via the vendor that will be doing MP3s. This would eliminate the problem of lost grievances. Such a practice would benefit IDOC. A credible grievance process that enables inmates to resolve legitimate issues is good for operations as well as inmates.

It can take up to 6 months (or more) for the ARB to respond to a grievance.

A primer as to your religious rights while in prison is enclosed.

Regards,

JHA Staff

Counselor Wise read to me an E-mail from IA Donaldson which acknowledged that inmates had until Nov 19th 2015 to file a final post to Ext. Hands to cancell contract, settle affairs, and ask for refund and passwords. Counselor (Wise) informed me that this 12-2-15 Email could not be given to me in paper form but that operation has access to it and so would I. Wise also has made several consultations for me about my concerns over the lack of Ext. Hands mail and has even called the trust fund office as recently as Oct 30th with my worry that the company had gone out of buisness. Counselor also informed me yesterday (12-2-15) that my letter to the warden (Hammers) was on file as recieved and forwarded to INTEL.

counselor sig: _____

#1486

Hassan Butler

Hassan Butler

RECEIVED
MAR 09 2016
ADMINISTRATIVE
REVIEW BOARD

33

Wise Sent a e-mail to Donaldson asking if
any Ext. Hands mail has been sent to In. Butler
since Oct. 5th (the last download printout this
Butler ~~recieved~~ recieved).

counselor Wise:

Exhibit AA

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1/13/16 | Offender: (Please Print) Michael Stone | ID#: R-18027 |
|---|---|---|

| Present Facility: Illinois River C.C. | Facility where grievance issue occurred: Illinois River C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Shakedown Record, etc.) **and send to:**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

During and since the grievance process I went through with grievance # 15-0066 I have been retaliated against by some of the staff here at Illinois River C.C., particularly I.A. (Internal Affairs). On 8/14/15 I have been sent to segregation without due process for two months by I.A.

New my mail is being thrown away, and none of my grievances on this issue is being answered nor is my letters I sent to them (IA) pertaining to the actions that IA did which prevented inmates here at Illinois River C.C. to stop doing

**Relief Requested:** To be free from further retaliation and for a response to be given from this grievance and returned to me. Thank you.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Stone | R-18027 | 1, 13, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| _____ | _____ | ____/____/____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: ____/____/____   Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

business with Extended hands Gift Shop. The inmates that I talked to were informed by IA that they still no longer be able to write or do business with Extended hands except me. I wrote them and file a grievance on this but got no response. One inmate sent his mail to Extended hands by placing it in the mail box and was given his letter back by IA personally and I wrote several letters to them but I still was not informed that I couldn't write nor was my mail returned to me. These inmates were refunded, but my money has not been returned to me.

During the events that led to my unjust placement in segregation IA told the Barber instructor to not think about hireing me again.

Exhibit "BB"

ILLINOIS DEPARTMENT OF CORRECTIONS

## Notice and Course of Action for Excess Personal Property

Facility: _Illinois River_

Offender Name: _Stone_     ID #: _R18027_     Housing Unit: _2D18_

Date of Confiscation:: _7/20/15_     Type of Confiscation:     ☐ Mail   ☒ Shakedown

The following item(s) exceed the allowable amount of Personal Property: _____

_1- Brothers Typewriter — Broken in x-fer_
_— Grievance denied_

Check the applicable box/option below for the disposition of the confiscated contraband. Forward the original form by the above listed due date to Personal Property. Failure to choose by the listed deadline will result in the property being disposed of in accordance with the Departmental Rule 501 Subpart C, Searches for and Disposition of Contraband.

Check ONE box only:

☐ Mail item(s) out of the Facility. Provide name and address of person to whom the items are to be shipped and attach an Offender Authorization for Payment, DOC 0296, for postage. If you wish to have the items insured, you must note on the form the amount of insurance requested, such as the value of the item(s)

Name: _____     Address: _____

City: _____     State: _____     Zip Code: _____

☐ Have item(s) picked up at the facility. Request must be received in Personal Property 72 hours prior to visit.

Name of Person picking up item(s): _____     Date of pick up: _____

☒ Have item(s) destroyed:

Offender Name: _Michael Stone_     ID #: _R-18027_   Date: _11/27/15_

☐ File a Grievance.

Counselor Name: _____     Date Grievance was filed: _____

Offender Signature: _____

Property not shipped, picked up from the facility, or destroyed within 30 days of notice of confiscation shall be sold, made State loan, given to a charitable organization or destroyed as determined by the Chief Administrative Officer in accordance with the provisions in Department Rule 501C. **NOTE: If a grievance is noted, possession of the confiscated item should be maintained until a final resolution is determined by the facility/ARB. If the item(s) cannot be maintained due to sanitation issues, documentation should be maintained, noting the reason necessitating the item's destruction.**

_11-27-15_

Distribution: Master File, Offender

*Printed on Recycled Paper*

35

DOC 0410 (Eff. 12/2013)

Exhibit
"CC"



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

May 1, 2017

Michael #R-18027 Stone
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61402

Re:  Extended Hands Gift Shop
File No:  2017-CONSC-00049778

Dear  Stone:

The Consumer Protection Division, of the Office of the Attorney General has received your consumer complaint.  A copy of your complaint has been forwarded to the above named business for its review and response.

The business may contact you about a possible settlement after it receives our letter.  We encourage you to consider any reasonable offer.  If the business responds directly to our office, a copy of its response will be mailed to you.

This is an informal mediation process.  We are unable to represent private citizens in legal disputes.

Please direct all correspondence to my attention, Office of the Attorney General, Consumer Protection Division, Consumer Fraud Bureau, 500 South Second Street, Springfield, IL 62701.  Please reference your file number on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

500 South Second Street, Springfield, Illinois 62701 • (217) 782-1090 • TTY: (217) 785 -2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois, 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
601 South University, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

26

STATE OF ILLINOIS
HOUSE OF REPRESENTATIVES

**CAPITOL OFFICE**
239-E STRATTON BUILDING
SPRINGFIELD, ILLINOIS 62706
217-782-5962
FAX 217-557-4502

**CHICAGO OFFICE**
4800 W. CHICAGO AVE.
2ND FLOOR
CHICAGO, ILLINOIS 60651
773-378-5902
FAX 773-378-5903

**OAK PARK OFFICE**
816 S. OAK PARK
SUITE A
OAK PARK, ILLINOIS 60304
708-445-3673
repford@lashawnford.com

**COMMITTEES:**
· APPROPRIATIONS-GENERAL SERVICES
· APPROPRIATIONS-HUMAN SERVICES
· CRIMINAL JUSTICE
    REFORM SUBCOMMITTEE
· ECONOMIC & DEVELOPMENT HOUSING
· HEALTH CARE AVAILABILITY ACCESS
· INTERNATIONAL TRADE & COMMERCE
· RESTORATIVE JUSTICE-CHAIRMAN
· SMALL BUSINESS EMPOWERMENT
    & WORKFORCE DEVELOPMENT
      -CHAIRMAN
· TOURISM & CONVENTIONS
· VETERANS AFFAIRS

## La Shawn K. Ford
STATE REPRESENTATIVE
8TH DISTRICT

Exhibit
"DD"

September 21, 2016

Michael Stone-R18027
Illinois River
P.O. Box 999
Canton, IL 61520

Dear Michael Stone,

I received your letter requesting assistance and want to assure you that your voice is heard.   I am doing the utmost in my position as an Illinois State Representative to share your concerns and work with the Illinois Department of Corrections as your foremost comrade regarding your difficulties as an inmate.

Changes are coming.

It is important to take a few minutes each day to work towards defining a clear path for your future, what steps do you think you need to take?

I wish you well for a better tomorrow.

Sincerely,

La Shawn K. Ford
State Representative – Eighth District

Exhibit
"EE"

Michael Stone
R-18027
Illinois River C.C.
P.O. Box 999
Canton, IL 61520


Dear

My reason for writing is pertaining to a business transaction I made with a company called Extended Hands Gift Shop Inc. which is a company that help inmates get face book pages on the internet. I sent $40.00 dollars to Extended Hands on 6/19/15. Due to the deliberate affects of Illinois River C.C. inmates were not allowed to do business with Extended Hands any longer, I was sent to segregation at the time unjustly and even unaware of IA's role in that process. when I notice I didn't get the quick response back from Extended Hands like other inmates in the initial process I wrote to ask what was going on? But I got no response. I was sent to segregation on 8/14/15 unjustly, and I was sent a letter by Extended Hands after writing them again on 9/17/15, stating that my money would be sent back to me (letter is enclosed). While waiting to get my money back I notice it

38

started to take longer and longer to receive my money so I made several efforts from then until this point to write. Extended Hands with respect to receiving my money back and every letter that I sent to them I didn't get back no response. I still have not received my money back from them. But I talk to another inmate who was on Extend Hand for a long period of time and he informed me that the IA here at Illinois River call them over and let them know that all mail directed to Extended Hands was being handled by them and they will no longer be able to do business with them. I was never aware of this happening, so I don't know if its Extended Hands or IA here at Illinois River C.C. that is preventing me from receiving my money back. I believe that all the letters I sent to Extended Hands were directed towards the Internal Affairs here which in turn were through into the trash.

It would truly be a blessing if you or your office could look into the matter for me due to the fact that Extended Hands is still up and running. I am one of many.

Thank you for taking the time out to read this letter and request.    /s/ _____

B4-18027

Exhibit "FF"



**KATHLEEN T. ZELLNER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
Esplanade IV
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515

KATHLEEN T. ZELLNER
DOUGLAS H. JOHNSON

NICHOLAS M. CURRAN

SCOTT T. PANEK
OFFICE MANAGER

Telephone: (630) 955-1212
Facsimile: (630) 955-1111
attorneys@zellnerlawoffices.com
kathleentzellner.com
AV-Preeminent Rating

March 23, 2017

Mr. Michael Stone
#R-18027
Illinois River C.C.
P.O. Box 999
Canton, IL 61520

Dear Mr. Stone:

We have reviewed your correspondence received March 22, 2017.  Unfortunately, due to our heavy case load and trial schedule, we are unable to consider any potential clients.  We appreciate your interest in our office and wish you the best of luck in your pursuit of legal representation and, ultimately, justice.

Sincerely,

Kathleen T. Zellner

KTZ/faw

39

# CURCIO LAW OFFICES "GG"

March 27, 2017

Mr. Michael Stone
R-18027
Illinois River Correctional Center
P. O. Box 999
Canton, IL 61520

Re:   Correspondence received March 22, 2017

Mr. Stone:

Thank you for your recent correspondence. Unfortunately, we are unable to assist you in this matter as this is outside our areas of expertise. I am returning your original correspondence to you.

Very truly yours,

CURCIO LAW OFFICES

Joseph R. Curcio

JRC/cas
encl.

40

Exhibit
"HH"



## NSBA

**North Suburban Bar Association**
**P.O. BOX 731**
**Glenview, Illinois 60025**

April 19, 2017

Michael Stone
IDOC# R-18027
Illinois River Correctional Center
P.O. Box 999
Canton  IL 61520

Dear Mr. Stone:

I received your March, 2017 letter addressed to the North Suburban Bar Association.  Our referral service is unable to refer you to a lawyer who can help you.

Accordingly, please be advised that the North Suburban Bar Association and the lawyers who participate in its Lawyer Referral Service do not represent you.

Sincerely,

NORTH SUBURBAN BAR ASSOCIATION

By: John F. Stimson

JFS/kb

41

State of Illinois
Fulton County, Illinois
Affidavit of Statement

Exhibit "II"

I Jonathan Stone swear or affirm under the penalty of perjury that the following statements are accurate and true to the best of my knowledge. (28 U.S.C. section 1746; 18 U.S.C section 1621)

In May of 2015 I mailed the amount of 40$ via money voucher to Extended Hands Gift Shop for the payment of services, a Facebook page. approximately 3 weeks later Extended Hands responded back to me with a visual print-out of my Facebook page, notifying me that my service payed for was now active.
In July, I was mailed a letter from this said company, Extended Hands, informing me that due to the current facility and their decision to not allow Facebook for inmates at Illinois River — They would refund my existing monetary account. Two weeks later I recieved the money.
Jonathan Stone                    B-14549
May 20th - 2017

42

Exhibit "JJ"

## AFFIDAVIT

I, _Kenneth D. Hunter_ , do solemnly swear to the best of my knowledge, to tell the truth about the duration of my experience with Extended Hands.

I initially wrote and sent $40, to Extended Hands, in May 2015. They never sent me a form; however, I got an application form from a friend. I didn't hear back from them until July 2015. In February 2016, I.A./Intell. Officer Jester, called me and approximately 4 other guys to the foyer to notify us that this institution was no longer allowing us to do business with Extended Hands. I.A./Intell. Officer Jester, then handed me my writeout, minus the letter with my postings, told me to write Extended Hands to close out my account and shut my facebook page down. I.A./Intell. Officer Jester also told us, that if we have any problems with getting our money back, to let him know and he'll see to it that we get our money.

I, _Kenneth D. Hunter_ , being first duly sworn upon my oath, depose and state that the above mentioned facts are true and correct to the best of my knowledge and recollection.

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

/s/ _Kenneth D. Hunter_
#  B-61106

5-23-17

43

Exhibits
"KK"

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Michael Stone

ID #: R-18027   Living Unit: 2-D-18

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Business office

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): I sent out $40.00 to " Extended Hands Gift Shop Inc." on the date of 6/9/15 and all my efforts to contact Extended Hands through mail have failed. I have not received my money back even though I was

Offender's Signature _____   Date 4/12/17

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): Extended Hands has cashed this check. Please provide any

Print Staff Name _____   Trust Fund   Date 4/13/17

Staff Signature /Bf

Remarks by supervisor (if necessary): correspondence you have from them w/ info related to a refund so we can possibly check into this matter.

Print Supervisor Name _____

Supervisor Signature _____   Date _____

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Michael Stone

ID #: R-18027   Living Unit: 2-D-18

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Business office

I request ☐ interview ☐ cell assignment ☐ visit ☒ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Attached is the letter from Extended Hands letting me know they will be sending me my money back as you asked. I would like this paper back. Thank you!

Offender's Signature _____   Date 4/14/17

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): Your account does not show a refund. You will need to write them again to check the

Print Staff Name _____   Trust Fund /Bf   Date 4/17/17

Staff Signature

Remarks by supervisor (if necessary): status of your refund

Print Supervisor Name _____

Supervisor Signature _____   Date _____

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

Hauvlle
x 2168
ville, GA 30046

ATLANTA METRO 300

10 MAY 2017 PM 11 L

2D18

Michael Stone # R18027
P. O. Box 999
Canton, IL. 61520

61520-099999

Exhibit "LL" 1-2

45

May 9, 2017

Hello Michael Stone,

This is Lee-Lee J-Stone's future wife. When I tried to lookup Extendend hands online there was no exact matches. what it gave me was other companies which did the same thing which was a red flag to me. So today I called the jail because I know that many inmates have used that company in the past so I knew I would be able to get more contact information from them. I was transfered to the Business office and found out that Extended Hands is no longer in business. When I asked for a phone number or address on them the lady in the office began to question me. I told her my name was Keisha Stone I am your sister and I was trying to get your pictures back. When I tried to look the company up online I had no luck so that is why I was calling.

①

46

She informed me that she would contact your counselor and yourself because in the past they have allowed money to be sent out to that vendor but they no longer allow mail or money to be sent to extended Hands. I am sorry that the outcome was negative but hopefully this can help put your mind at rest, if you need my assistance for anything else you can write me back. Leandra Hanville P.O. Box 2108 Lawrenceville, GA 30046

Lee - Lee

Exhibit "MM"

1/26/2010

Dear Kieon Davis aka (U-Wise Allah),

Unfortunately, due to Illinois River not following their own policy and procedure I have to mail another inmate just to get you this letter.

I'm writing to let you know that the moment I received your letter several months back requesting for lessons, newspapers and book, I shipped these items off the next day. It is obvious that you have not received them and they have not went through the proper procedure of informing you that It is contraband and giving you a choice to have it disposed of or send it back to the sender.

Sir, I understand that your rights have been violated and they owe you money and I suggest you sue them. The money your family(child's Mother) have given me to pay for the items and postage is not much but its yours and you should fight to get it back. She told me she was going to send it for your commissary and instead you asked her to purchase items from me as well as shipment.  I understand you do not have proof that I shipped you these items and I tried mailing you numerous of times to send you the invoice, proof of delivery and etc. and your mailroom has not allowed you to receive it and instead they have disposed of it without informing you or me if something as simple as an invoice is allowed. They did not want you to have the invoice because its proof that this was sent to you.

Attached with this letter I have sent you 2 copies of each:

#1. Invoice of your purchase
#2. Post Office Receipt showing that all 4 items were sent to you the same day with; "Delivery Confirmation".
#3. A print up from the Post Office proving that these items have arrived at the location you are at.

The purpose of giving you 2 copies, because as you have told me they have pin-pointed you out and constantly searching your cell looking for contraband and they maybe looking next time for your evidence so that you do not have a lawsuit. If by any chance they find your evidence, I still have the original copies and I can fax it to them or bring it personally. Therefore, I suggest, the second copy needs to be at a secure location.

I will strongly advise you to:

#1. Look up their procedure(Yacub's rules & regulations) in regards to contraband being mailed in because several institutions require that they informed the sender and inmate that it is contraband and they ask the inmate does he want to send it home or dispose of it.
#2. Keep out of any trouble and keep your status on "A" Grade so that you can use the phone to call and get legal advice.

By the way, late last year we won the state of Michigan, look this up. Here is an article I have for you...

P.E.A.C.E.
Allah Jihad
Cell# 773-459-1026 (been the same for 10 years)

48

1/26/2010

Judge: No sign that Nation of Gods is prison risk

September 8th, 2009 @ 2:51pm
By ED WHITE
Associated Press Writer

DETROIT (AP) - Is the Nation of Gods and Earths/Five Percent a religion or something less than heavenly?

A federal judge in Detroit is recommending the Michigan prison system recognize it as a religion and lift a ban on the group's literature among inmates.

An inmate, Dion Hardaway, said he lost work and school privileges and was designated a security threat until he renounced his membership in the group, an offshoot of the Nation of Islam that promotes black empowerment.

"This is the type of substantial burden that Queen Isabella would have understood in 1492," U.S. Magistrate Judge R. Steven Whalen wrote, referring to the expulsion or forced conversion of Jews to Christianity in Spain.

Whalen said prison security is a "compelling state interest," but he found no evidence that Nation of Gods advocates violence.

His Aug. 18 recommendation is on the docket of U.S. District Judge Avern Cohn. The Michigan Department of Corrections considers the group a gang and wants Cohn to reject the report.

"The beliefs of the NGE are philosophical rather than religious. NGE describes itself as a 'way of life,' not a religion," Assistant Attorney General Kevin Himebaugh wrote.

To help its argument, the state turned to G.V. Corbiscello, an investigator with the Monmouth County, N.J., sheriff's office. He was involved in the prosecution of a rapist in Philadelphia who used coded language known by members of the Nation of Gods to try to escape from custody.

"It is this writer's professional appraisal that the Five Percent Nation is essentially a criminal street and prison gang," he said in a report.

But Whalen said Corbiscello addressed the issue only from one angle: law enforcement. "History is replete with examples of religions that have followers who embrace both the sacred and the profane," the judge wrote.

Corrections Department spokesman Russ Marlan said he didn't know how many Michigan inmates identify themselves with the Nation of Gods.

A Web site, http://www.allahsnation.net, promotes spiritual awareness and self-improvement, among other themes _ "not social disruptiveness," Whalen said.

He acknowledged that Nation of Gods eschews the term "religion" but said the group is "religious in nature" and deserves the protection of federal law in Michigan prisons.

In South Carolina prisons, the group is considered a security threat and its literature is banned. After a lawsuit, New York state in 2004 set policies for Nation of Gods followers, allowing personal study but banning prisoners from sharing materials with any inmate who is not signed up as a "sincere adherent."

# Contents Enclosed

1. 42 U.S.C § 1983 Complaint (1-17)
2. Motion for Appointment of counsel
3. Application to proceed in district court without prepaying fees or costs (short form)
4. Exhibits A - MM (eg 1-~~40~~)

Also, due to circumstances outside of my control, Exhibit "O" will be entered in further proceedings if the courts so allow.

5. A copy of all the above, along with the original.

PRIORITY MAIL

$07.20⁰

ZIP 61520
041L11240050

neopost
06/09/2017
US POSTAGE

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Legal

Michael Stone
B1-18027
Illinois River C.C.
P.O. Box 999
Canton Illinois 61520

Office Of The Clerk
100 NE Monroe St Suite 309
Peoria IL 61602